COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:    Judges Humphreys, McCullough and Senior Judge Bumgardner


LOWE'S HOME COMPANIES, INC. AND
 SEDGWICK CLAIMS MANAGEMENT
 SERVICES, INC.
                                                    MEMORANDUM OPINION[*]
v.      Record No. 0434-14-3                            PER CURIAM
                                                        JUNE 24, 2014
RONALD R. LANDES


                FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Brandi R. Howell; Franklin & Prokopik, P.C., on brief), for
            appellants.

            (Amber H. Russo; HammondTownsend, PLC, on brief), for
            appellee.


        Lowe's Home Companies, Inc., and its insurer (appellants) appeal a decision of the

Workers' Compensation Commission finding that Ronald R. Landes suffered compensable

injuries arising out of his employment and that the injury to his knee materially aggravated a

pre-existing condition.  We have reviewed the record and the commission's opinion and find that

this appeal is without merit.  Accordingly, we affirm for the reasons stated by the commission in

its final opinion. See Landes v. Lowe's Home Ctrs., Inc., VWC File No. JCN VA00000771689

(Feb. 7, 2014).  We dispense with oral argument and summarily affirm because the facts and

legal contentions are adequately presented in the materials before the Court and argument would

not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                        Affirmed.

---

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.